James Robert Briscoe, III, #1738621
Name and Prisoner/Booking Number

Fresno County Jail
Place of Confinement

P.O. Box 872
Mailing Address

Fresno, California 93712
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

RECEIVED MAY 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED MAY 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

James Robert Briscoe, III
(Full Name of Plaintiff)
                                         Plaintiff,

v.

(1) County of Fresno
(Full Name of Defendant)
(2) "and others"
(3) _____
(4) _____
                                         Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:17 CV 00716 SKO PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Fresno County – Fresno, California

# Additional Defendants
## PAGE 1-A

#2: Fresno County District Attorney

#3: David Gottlieb

#4: Erin Ormonde

#5: Arresting Agent (name "unknown" currently) "Bounty-hunter"

#6: The Financial Insurer Company for Bail Sharks Bailbonds Agency

#7: Fresno Police Department (officers names "unknown" currently)

## B. DEFENDANTS

1. Name of first Defendant: **County of Fresno**. The first Defendant is employed as: **County of Fresno** at **Fresno, California**.
   (Position and Title)                (Institution)

2. Name of second Defendant: **Fresno County District Attorney**. The second Defendant is employed as: **Fresno County District Attorney** at **Fresno, California**.
   (Position and Title)                (Institution)

3. Name of third Defendant: **David Gottlieb**. The third Defendant is employed as: **Judge of the Superior Court** at **Fresno County Fresno, California**.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: **Erin Ormonde**. The fourth Defendant is employed as: **Defense Attorney** at **Fresno, California**.
   (Position and Title)                (Institution)

~Continued On PAGE 2-A~

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **James Robert Briscoe, III** v. **State of California Dept. of Correc...et.al.**
      2. Court and case number: **U.S. Dist. Court - Eastern Dist. of Calif. ("case # unknown")**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **The case was dismissed by default for failure to meet response time requirements**.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

~~Fresno County District Attorney – Fresno, California;~~

~~3. David Gottfields – Judge – Fresno County Superior Court, Fresno, California;~~

~~4. Kris Ozzoxxe – District Attorney – Fresno, California;~~

5. Arresting Agent's name is "unknown" but Petitioner has discovered that he is the ex-husband of bail agent "Stephanie Johnston" - Bail Sharks Bailbonds (559) 438-868 or (559) 917-4635 - and that he is also employed by the financial insurer of Bail Sharks Bailbonds as a "Bounty-Hunter"; (He had an accomplice white-male with him.) ~ Fresno, California;

6. The Financial Insurer Company. (business name and business address unknown), that covers the bonds posted by Bail Sharks Bailbonds located at 1215 North Blackstone Avenue – Fresno, CA 93703, since they sent him (the law enforcement agent who brutally attacked, injured and kidnapped me), to arrest me.

7. Fresno Police Department ~ Fresno, California

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **My Constitutional Right To A Fair & Impartial Judge & Court Proceedings**.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Un-repairable Harm**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   David Gottlieb ("Defendant #3"), upon receiving from me a 7-page letter dated and mailed April 9, 2017 with an attached supporting exhibit deliberately failed to acknowledge receipt of the letter AND its content which elaborated on the inadequate representation of attorney Erin Ormonde ("Defendant #4"), and I was NOT provided an ENTITLED RIGHT TO HAVE A HEARING so that the judge could remedy the inadequacies of counsel's poor representation in Three-Strikes Case #F09904126, and thus, no court record exists for appellate court to review. But yet, on May 17, 2017, Erin Ormonde was persuaded by David Gottlieb to provide him with a Motion To Withdraw As Attorney of Record; File-stamped on the same day AND hearing held the same day denying my DUE PROCESS RIGHTS TO BE AFFORDED TIMELY WRITTEN NOTICE AND TIME TO PREPARE A DEFENSE. I reminded David Gottlieb that he ruled against Erin Ormonde's "previous motions to withdraw" on the basis that I'm too close to trial proceedings (same as in this instance), and because Erin Ormonde has been attorney of record for several years and are very knowledgeable of the case. He was contradicting himself and not impartial or fair.

   "Continued On Page 3-A"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Totally denied my right to present a defense and/or to have my grounds heard, and there should have been a hearing in closed court outside the presence of the District Attorney.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **Fresno County Jail does not provide administrative appeals or administrative relief relevant to nature of this Claim.**

3

# Claim 1
## Continuation of Supporting Facts / Page 3-A

David Gottlieb realized that Erin Ormonde's motion to withdraw AND her oral argument both were standard and in-significant, so he requested or better yet "suggested" the Court recess, then immediately told Erin Ormonde and the District Attorney and another individual to follow him to his Chamber. ( I believed it to be very unethical, suspicious and illegal behavior considering the nature of the court proceeding.) Approximately 15-20 minutes had elapsed before David Gottlieb, Erin Ormonde, The District Attorney and the other individual all returned back to Department 95 together and immediately David Gottlieb told Attorney Erin Ormonde, "I believe there is something you want to say!", and nervously Erin Ormonde suddenly claimed that (a) I assaulted her during an Attorney-Client jail visit (b) "3" Jail Gaurds had to come rescue her (c) I was in such rage that spittal was flying out of my mouth.

I was NOT permitted to speak so I blurted out the fact that he and the D.A. put Erin Ormonde up to lying! I also blurted out "their pre-determined plot" by inquiring and/or by pointing out how prior to being brought into the courtroom Deputy Franco escorted me in my wheelchair (I am disabled - mobility impaired from a severe stroke 2yrs ago.), to the Interview Room where A Public Defender was in physical possession of the case-file #F09904126 and asking me if I intend to hire private counsel or let the court appoint an attorney? Court was abruptly adjourned. My retained attorney was relieved against my wishes. Nothing was said how or why my case-file was in an unknown attorney's possession BEFORE PROCEEDINGS BEGAN.

The County of Fresno employs the other defendants......;

## Claim 1 - Continuation of Supporting Facts

*Defendant #2*

"3-A"

Claim 1
Continuation of Supporting Facts
Page 3-B

---

This page is to illustrate the facts embodied in the letter I mailed to David Gottlieb on 4/9/17, and again on 4/19/17, that were "duplicate letters" with the exception that Page 2 of 7 of the letter dated 4/19/17, was amended to add more detail of the harm I have been subjected to:

Page 1 of 7 Read: "Re: Case #F09904126; The Plea Deal: Questionable Representation By Erin Ormonde."

Page 1 of 7 Read: The Court Transcript will show 3/23/17, Erin Ormonde was aware that the D.A. would have to dismiss the case for not being in compliance with due process speedy-trial requirements (which forces the D.A. to "dismiss with prejudice" or offer a plea deal that I would accept).

Page 2 of 7 Reads: Attorney Erin Ormonde made me waive time which re-set the time requirement for the D.A. Erin Ormonde made me "think and believe that" the D.A. (Deputy District Attorney Miko Anderson), had made me an offer that would let me out of jail when in fact Erin Ormonde deliberately lied to me and the judge and D.A. said nothing!

Page 3 of 7 thru Page 5 of 7: Points out that ~~David Gott~~ ~~lieb that~~ Erin Ormonde failed to notify me and/or my bailbond agent of a court date after I was discharged from the hospital and my $250,000 bail was revoked. She failed to contact Judge Brant Bramer so he could close out case F09904126 and let me out of jail. (She even failed to return Judge Brant Bramer's calls and emails). Erin Ormonde

Claim 1 - Continuation of Supporting Facts

"3-B"

Claim 1

Continuation of Supporting Facts / Page 3-C

made mention that due to "personal issue's" between her and Judge Brant Bramer is why she chose NOT to contact Judge Brant Bramer to give him the Consent he required from her as attorney of record so he could conduct what he referred to as a "Global Resolve" and release me. I even expressed how from date of my arrest - 8/9/2016, Erin Ormonde failed to accept my calls, failed to acknowledge receipt of my letters, failed to have any contact and communication with me until 3/22/2017. 7½ months.

Page 6 of 7 to Page 7 of 7: Makes it noteworthy that my "continued loss of liberty" is solely due to the inadequate & unethical representation which also is the sole reason I suffered a "newly filed charge" that never would've been possible had she gave Consent to Judge Brant Bramer to sentence me & release me!

It goes on to say how David Gottlieb made a Court Record of an Order for Erin Ormonde to contact me at the county jail between 1/26/2017 and 2/23/2017, and she failed to obey the Order.

I pointed out "lies" she's told my mother in an exhibit letter to me from my mother.

The 7-page letter concludes with the fact that Erin Ormonde was paid $5,000 in one lump sum and have been trying ever since to give reason to be relieved.

Continuation of Supporting Facts - Claim 1 / Page 3-C      "3-C"

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>My Constitutional Right To Adequate Representation</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Malicious Prosecution</u>.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   David Gottlieb tricked former attorney of record Michael G. Idiart (whom has recently became a Judge at The Juvenile Court in Fresno, California), into believing he would conduct a "simple resolve" if Mr. Idiart would talk me into agreeing to transfer my case #F09904126 from Department 96 to Department 95 where he presides as judge. After my case was transfered to his courtroom me and former attorney Michael G. Idiart discovered that David Gottlieb in fact had no intention to conduct a simple resolve, but rather desired "vengeance" to bestowe upon me for filing an appeal in the 5th Appellate Court and prevailing with the conviction being over-turned. Regardless that David Gottlieb announced his awareness that Case #F09904126 "I's BOGUS," he has openly displayed his personal amusement and gratification of how long he's been able to keep me in jail with the help of the District Attorney! A malicious prosecution. Michael G. Idiart has verbally admitted these revalations to me, to Erin Ormonde (and rather than challenge David Gottlieb and have him recused, she chose to be a puppet and David Gottlieb The Puppet Master), and two jail officers BOYD and GREALY. David Gottlieb refuses to return my case to Department 96. They're all employed in and/or by the County of Fresno.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I am a victim of being "railroaded," as is clearly obvious by the factual statements in the Claim. I have spent six (6) actual years in jail, had a severe stroke, lost my home due to the extreme pre-judice I've suffered from this malicious prosecution.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Any appeal or legal motion has to be prepared and filed by the attorney of record. The court will not accept them from me.</u>

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>My Constitutional Right/Legal Right To Be Protected From Police Brutality</u>

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. ~Continued On PAGE 5-A~

   On August 9, 2016, I was unlawfully "arrested" and suffered "both wrists being cut with a Knife" and my "left-wrist was even severely broken" to the extent that broken bones protruded through the skin in several places. The medical report documented that the broken bones were so "badly damaged that some of the bone had to be removed" and held together with a surgically implanted metal clamp and screws for the rest of my life. After the doctors at Kaiser Medical Center (Fresno, California), discharged me from the hospital, I was taken to Fresno County Jail and was refused by them because I had NO WARRANT AND NO NEW CHARGES. (I was arrested and nearly killed 8-9-2016, for the case I bonded out of jail - #F09904126 - on July 7, 2014). After jail staff refused to book me into the jail, I was basically Kidnapped by the same law enforcement agent because he Kept me with him by force and fear several hours until convincing a Fresno Police Officer to File False report #M16910716 of misdemeanor battery so the jail wouldn't deny me again. My bail agent Faxed David Gottlieb and Erin Ormonde that I should not have been arrested! (Bail Shark). The insurer and the arresting agent both should've been criminally charged for what was done to me, but they weren't!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Left-arm grossly scarred and left-hand lost motor skills to open and close and an arm-brace must be worn for the rest of my life. Right-wrist has a 4 to 5 inch scar. I am traumatized, Can hardly sleep and very jumpy-nervous.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Fresno County Jail does not provide appeals or administrative relief for complaints against law enforcement persons.</u>

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

# Claim III
## Continuation of Supporting Facts
### PAGE 5-A

Prior to the unlawful arrest, I was in my wheelchair outside talking to a few Fresno Police Officers regarding my need for them to either charge my cellphone so I could call a cab to come get me or for them to call a cab for me. The Officers collected my California Identification Card and returned it to me once police dispatch cleared me for warrants. One of the Officers placed a curtosy phone call for a taxi cab to come pick me up. While me and 2 or 3 Fresno Police Officers were engaged in conversation two white males approached and one of them presented the Officers with an I.D. representing himself as a law enforcement officer/bail agent. I asserted to the Officers that I had NEVER seen that guy before in my life and that I had been out on Bond for over 2yrs and only just earlier spoke with MY BAIL AGENT. I begged and pleaded for the Police Officers NOT TO LEAVE and for them to please contact my bail agent at (559) 917-4635 or (559) 438-8688, so they could verify that the two "strangers" had bad motives and bad intentions. The Police left without contacting my bail agent and once the Police Officers were no longer in the premises, One of the white males "grabbed me by my throat" and commanded the other white male to "grab my ankles" and in that way I was lifted out of my wheelchair and thrown to the ground where they both were on top of me cutting my wrists & breaking my bones.

Claim III - Continuation of Supporting Facts
PAGE 5-A

### E. REQUEST FOR RELIEF

~ Continued On Page 6-A ~

State the relief you are seeking:

1. For all named persons to under-go a "Polygraph Examination" whether identified in the Complaint as Petitioner, Defendant and Witness since the Complaint deals with a strong lack of integrity by persons whom pledged a solemn oath to protect American Citizens' Constitutional Rights in a "court of law"; 2. All further court proceedings be immediately "stayed" until this Court decides if David Gottlieb should be recused; 3. Vacate all proceedings and return my case # F09904126 back to Dept 96; 4. Order Erin Ormonde reimburse the $5,000 retainer fee and any other relief this court deems appropriate; 5. Relieve The District Attorney;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-19-2017
               DATE

*James R. Briscoe, III*
SIGNATURE OF PLAINTIFF

Leroy Johnson / "Pre-trial Detainee"
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

*Lrry Johnson*, non-attorney
(Signature of attorney, if any)

Fresno County Jail
P.O. Box 872
Fresno, California 93712
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## Request For Relief
### Page 6-A

6. County of Fresno pay Petitioner $10,500,000 in damages for its Police Officers failure to protect Petitioner from harm on 8-9-16.

7. For the arresting agent to be criminally charged and prosecuted for the crimes committed against me, and; for immediate seizure of all his real estate properties, automobiles, bank accounts, trust accounts, savings account, checking account and assets until the conclusion of jury trial proceedings whereupon "Petitioner" seeks monetary damages for pain and suffering and physical disfigurement and punitive damages in the amout of "Five-million-dollars" United States Currency $5,000,000;

8. For the financial insurer company of Bail Sharks Bailbonds to pay Petitioner "ten-million-five-hundred-thousand-dollars" ($10,500,000), in damages for sending such a violent individual to arrest me;

9. For this Court to "add additional defendants" it deems appropriate to be held accountable for the injustices bestowed upon Petitioner and to "apply additional relief" it deems appropriate;

10. For this Court to appoint or assign a qualified attorney to litigate all phases of Petitioner's Claim 1 thru 3 considering he is untrained in the practice of law and physically disabled ("ADA"), which hinders his chances or possibilities to be effective or adequate.