UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | No. 1:17-cv-00716-DAD-SKO<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 550 (CONDITIONS OF CONFINEMENT) TO 440 (REGULAR CIVIL) AND VACATING FIRST INFORMATIONAL ORDER<br><br>(Docs. No. 1, 3, 9) |

Proceeding *pro se*, plaintiff, James Robert Briscoe, III, filed a civil action on May 24, 2017. (Doc. No. 1.) The action was erroneously designated as a prisoner, conditions of confinement case.

Accordingly:

1. the Clerk of the Court shall re-designate this action from 550 (conditions of confinement) to 440 (regular civil); and
2. the First Informational Order, filed on May 26, 2017 (Doc. No. 3), is hereby VACATED.

IT IS SO ORDERED.

Dated: **October 30, 2017**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

1