# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD MADRID, et al.,<br><br>    Defendants. | Case No. 1:17-cv-0716-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>**(Doc. 16)** |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2018, Plaintiff filed a motion to extend time to file his amended complaint by sixty days. (Doc. 16.) Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated: **February 8, 2018**            /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE